# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00787-CV

**Gilbert & Maxwell, PLLC; Keith Gilbert and William L. Maxwell, Appellants**

**v.**

**Texas Mutual Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN200967, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   December 19, 2008